**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0632**

## MEMORANDUM

TO:         Counsel of Record,

FROM:     Judge Peter J. Messitte

RE:         Umana, et al. v. Prince George's County, et al.,

              No. 23-cv-3208

DATE:     May _1_, 2024

* * *

Defendants have filed a Motion to Stay these proceedings until June 1, 2024, when it is anticipated that Defendant Officer Joseph Miranda's active military status will expire, and he will be amenable to service of process. *See* ECF No. 28. Plaintiffs have filed a notice indicating that they do not oppose Defendants' requested stay. *See* ECF No. 29.

Accordingly, the Court **GRANTS** Defendants' Motion to Stay (ECF No. 28), and this case is **STAYED** until June 1, 2024.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:     Court file
          Counsel of Record