UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM ORDER

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *Umana, et al. v. Prince George's County, et al.*, No. 23-cv-3208

DATE: November 20, 2024

\* \* \*

The Court takes note of the following:

A. The parties have agreed to extend the discovery deadline by 60 days. This is sensible and the Court approves it.

B. The County's Motion to Bifurcate (ECF No. 41) is **GRANTED**. Pursuant to this Court's long-standing practice of bifurcating the trial of policy issues from underlying factual issues, the Court hereby **BIFURCATES** Counts I, II, and IX against the County, which will be set for a later trial, if necessary. Meanwhile, discovery will be **STAYED** as to those Counts.

C. A Confidentiality Agreement is appropriate and the Court approves.

D. Although discovery regarding the County's policies is **STAYED**, the Court believes and **ORDERS** that a 5-year timeframe for all ESI on the *Monell* claims is appropriate.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Cc: Court file
Counsel of Record